# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JASON ROMERO,

                Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

                Defendants.

Case No. C20-1027-RSM-MLP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

The parties have submitted to the Court for consideration a proposed stipulated protective order. (Dkt. # 20.) The Local Rules of this Court encourage parties to use the district's model protective order, which is available on the Court's website, and mandates that parties who wish to depart from the model order provide the Court with a redlined version of the proposed order identifying departures from the model. Local Civil Rule ("LCR") 26(c)(2). The proposed order submitted by the parties clearly departs from the model, but the parties have submitted no redlined version identifying each of the departures.

MINUTE ORDER
PAGE - 1

In addition, the Court notes that the parties' proposed order includes outdated citations to the Local Rules, *i.e.*, citations to GR 15 on pages four and five, the Word version of the proposed order does not contain the required electronic signatures of counsel on pages eight and nine, and the Judge's signature line does not identify the correct judicial officer. For these reasons, the parties' proposed stipulated protective order (dkt. # 20) is STRICKEN. The parties may resubmit their proposed order once the above errors have been corrected.

The Clerk shall send copies of this Minute Order to all counsel of record and to the Honorable Ricardo S. Martinez.

DATED this 30th day of June, 2021.

WILLIAM McCOOL, Clerk

By s/ Paula McNabb
Deputy Clerk