1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

| | |
|---|---|
| JASON ROMERO,<br><br>                          Plaintiff,<br><br>        v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>                          Defendants. | Case No. C20-1027-RSM-MLP<br><br>ORDER GRANTING CONTINUANCE<br>AND ESTABLISHING AMENDED<br>PRETRIAL SCHEDULE |

14

15

16

17

18

19

20

21

        On November 23, 2020, this Court entered an Order establishing a pretrial schedule for this action. (Dkt. # 17.) Defendants now move to continue all remaining deadlines for a period of four months because of a serious medical emergency suffered by Defendants' counsel that rendered her unavailable to fully participate in discovery during a crucial period, and because she will require a significant among of ongoing medical care in the coming months. (*See* Dkt. ## 22-23.) Plaintiff opposes the requested four-month continuance and asserts, without evidence, that he will suffer further harm if this case is delayed. (Dkt. # 24.) Plaintiff does, however, indicate a willingness to stipulate to a two-month continuance of the remaining deadlines. (*Id.*)

22

23

ORDER GRANTING CONTINUANCE AND
ESTABLISHING AMENDED PRETRIAL
SCHEDULE - 1

The Court is persuaded, based on the record before it, that good cause exists for the four-month continuance requested by Defendants. Accordingly, Defendants' motion to continue the pretrial deadlines (Dkt. # 22) is GRANTED. The amended pretrial deadlines are as follows:

| Event | Date |
|-------|------|
| Expert disclosures | 11/22/2021 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d)) | 12/7/2021 |
| Discovery to be completed by | 12/28/2021 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)) | 1/27/2022 |
| Mediation per LCR 39.1(c) must be completed no later than | 3/28/2022 |

The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Ricardo S. Martinez.

DATED this 21st day of July, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING CONTINUANCE AND
ESTABLISHING AMENDED PRETRIAL
SCHEDULE - 2