UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON ROMERO,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>STATE OF WASHINGTON et al,<br><br>　　　　　　Defendants. | CASE NO. 2:20-cv-01027-TL<br><br>ORDER |

This matter comes before the Court on Plaintiff Jason Romero's "motion to allow attorney *voir dire* and juror questionnaire." Dkt. No. 86. Having considered the relevant record, the Court STRIKES the motion for the reasons below.

This case is set for trial beginning October 10, 2023. Dkt. No. 75. The Parties' proposed *voir dire* questions, among other pre-trial materials, are due September 26. *Id.* Plaintiff moves for certain *voir dire* conditions at trial, including a specific list of *voir dire* questions and at least 45 minutes for general *voir dire* per side. Dkt. No. 86.

ORDER - 1

Plaintiff's motion fails to conform to this Court's chambers procedures.[1] The Court has set forth its *voir dire* process in its standard trial procedures. *See* Judge Tana Lin, Trial Procedures for All Civil Cases, Section II.B.2 (last updated June 16, 2023). Notably, the Court's standard procedures explain that proposed *voir dire* questions—which are in addition to the Court's standard "sorting" *voir dire* questions—must be submitted *jointly* by the Parties. *Id.* Plaintiff's motion also does not contain a certification of conferral with Defendants. *See* Judge Tana Lin, Standing Order for All Civil Cases, Section II.D (last updated June 16, 2023) (explaining that motions that fail to comply with this certification requirement may be summarily denied).

Accordingly, Plaintiff's motion (Dkt. No. 86) is hereby STRICKEN as premature and for failure to follow the Court's standard procedures. Plaintiff may jointly submit proposed *voir dire* questions with Defendants, in accordance with the Court's standard trial procedures and by the deadline previously set by the Court, and make other requests regarding *voir dire* at the final pre-trial conference.

Dated this 14th day of September 2023.

Tana Lin
United States District Judge

---

[1] These are available here: https://www.wawd.uscourts.gov/judges/lin-procedures.